THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY RICCI, Appellant.—

Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

HOWARD F. LEBUFF, Respondent, v. SEARS, ROEBUCK & COMPANY, Appellant, et al., Defendants.—

Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

C. W. MUNN, Appellant, v. ROBERT BOASBERG, Respondent.—

Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

FRANK J. BASLOE, Respondent, v. MARTIN C. PEDERSEN et al., Appellants.—

Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.